In the Matter of Supplementary Proceedings: VALLEY ROLLING MILLS, INC., Judgment Creditor, Respondent, v. IRVING J. FELDMAN, Trading under the Firm Name and Style of COLUMBIA TOOL & SUPPLY Co., Judgment Debtor, Appellant, and CHARLES T. BAIRD and MURRAY E. BAKER, Judgment Debtors.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

OTTO J. A. GRASSI and Another v. EDWARD ECCARDT, Doing Business under the Style of C. F. ECCARDT & Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.; O'Malley, J., taking no part.

MURIEL GOODMAN v. HERMAN KIRSHBERG, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MARGARET PLUNKETT, as Administratrix, etc., of CHRISTOPHER J. PLUNKETT, Deceased, v. WILLIAM K. DICK and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

FRANCIS DEAN v. JOHN P. O'FLAHERTY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

THE ASSOCIATION OF PLUMBING AND HEATING CONTRACTORS OF GREATER NEW YORK, INC., v. WILLIAM MERTEN.— Motion for leave to appeal to the Court of Appeals granted, and motion for reargument denied. [See 261 App. Div. 543.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ESTELLE LEVEY and Another v. THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.

HERMAN FINKELSTEIN v. NATHAN R. FINKELSTEIN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WENCESLAUS W. PRIBYL v. VAN LOAN & Co., INC., and Another, Impleaded with MARINE MIDLAND TRUST COMPANY OF NEW YORK and Another.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.

SAMUEL L. WELKES v. CHARLES HAMMER.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.